# UNITED STATES DISTRICT COURT
for the

District of Arizona ▼

| | |
|---|---|
| Jason Crews <br><br> *Plaintiff(s)* <br> v. <br> SunUP America, LLC, DigitalGreenMedia, LLC, Elizabeth Mae Crane, and Russ Straub <br><br> *Defendant(s)* | Civil Action No.  CV23-02032-PHX-JZB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SunUP America, LLC
3321 E. Atlanta Ave.,
Phoenix, AZ 85040


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                        _____
                                                                                       *Signature of C.*

ISSUED ON 11:43 am, Oct 05, 2023
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona ▼

Jason Crews

*Plaintiff(s)*

v.

SunUP America, LLC, DigitalGreenMedia, LLC, Elizabeth Mae Crane, and Russ Straub

*Defendant(s)*

Civil Action No. | **CV23-02032-PHX-JZB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DigitalGreenMedia, LLC
32045 Castle Court, Suite 202,
Evergreen, CO  80439

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jason Crews
> 1515 N Gilbert Rd #107-204
> Gilbert, AZ 85234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Cl___

ISSUED ON  11:43 am, Oct 05, 2023

s/ Debra D. Lucas, Clerk

# UNITED STATES DISTRICT COURT
for the

District of Arizona ▼

| | |
|---|---|
| Jason Crews<br><br>*Plaintiff(s)*<br>v.<br>SunUP America, LLC, DigitalGreenMedia, LLC, Elizabeth Mae Crane, and Russ Straub<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  **CV23-02032-PHX-JZB**<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elizabeth Mae Crane
1648 E FAIRVIEW ST,
CHANDLER, AZ 85225

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of _____

ISSUED ON 11:43 am, Oct 05, 2023
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| Jason Crews<br><br>*Plaintiff(s)*<br>v.<br>SunUP America, LLC, DigitalGreenMedia, LLC, Elizabeth Mae Crane, and Russ Straub<br><br>*Defendant(s)* | Civil Action No. CV23-02032-PHX-JZB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Russ Straub
32045 Castle Court, Suite 202
Evergreen, CO 80439

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk*

ISSUED ON 11:43 am, Oct 05, 2023

s/ Debra D. Lucas, Clerk