# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-02032-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| SunUp America LLC, et al., | |
| Defendants. | |

After review of the docket, the Court notes that Plaintiff has not served Defendant Russ Straub. Accordingly,

**IT IS ORDERED** that Plaintiff serve Defendant Russ Straub with the summons and complaint and file with the Clerk of the Court proof thereof pursuant to Rule 4(*l*), or otherwise show good cause for the failure to timely serve by no later than **December 26, 2023.**

**IT IS FURTHER ORDERED** that, if Plaintiff fails to comply with this Order, the Clerk of Court shall terminate Defendant Russ Straub for Plaintiff's lack of service pursuant to Rule 4(m).

Dated this 29th day of November, 2023.

Douglas L. Rayes
United States District Judge