Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv23-02032-PHX-JZB |
| Plaintiff, | |
| v. | Plaintiff's *Ex Parte* Application for Subpoena Duces Tecum to Determine Location Where Defendant Russel Straub Can Be Served |
| SunUP America, LLC, *et al*. | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 45, Plaintiff respectfully moves the court to instruct the Clerk of the court to issues subpoenas Duces Tecum to determine allocation where Defendant Russel Straub can be served, and requests an additional ninety (90) day's to conduct said discovery and effectuate service. Plaintiff submits a memorandum and proposed subpoenas in support of this motion.

On September 27, 2023, Plaintiff commenced this action alleging that throughout the month of August and September 2023, Defendants placed at least four illegal telemarketing phone calls to Plaintiff. During one of those calls, the caller identified the calling company as SunUP America, LLC. Later during the course of his investigation SunUP America, LLC, provided evidence that the calls were placed by DigitalGreenMedia, LLC on their behalf.

Plaintiff has identified the following third parties who are likely to possess records identifying a location for service:

- Godaddy.com, LLC, the registrar for Defendant DGM's domain name cleanenergyauthority.com.
- T-Mobile USA, Inc., the carrier of a telephone number, (303)679-6683, which according to public records is associated with Straub.

Plaintiff requests the following language for said subpoenas:

- T-Mobile USA, Inc: "1. Identifying information of the subscriber(s) associated with (303)679-6683 from August 29, 2023, to present including name, address, telephone number, and e-mail. 2. In the event the number has been ported to another service provider, please provide the name of the service provider to whom it was ported and the date or porting."
- Godaddy.com, LLC: "Identifying information for the registrants associated with the domain cleanenergyauthority.com including name, address, telephone number, and e-mail for all contacts."

Therefore, Plaintiff respectfully moves the court to instruct the Clerk to issue Plaintiff's proposed subpoenas duces tecum to the aforementioned entities requiring them to produce records in their possession containing Straub's most recent contact information.

| | |
|---|---|
| 1 | Dated this December 11, 2023. |
| 2 | /s/*Jason Crews* |
| 3 | Jason Crews |

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By:     /s/*Jason Crews*

    Jason Crews