Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv23-02032-PHX-JZB |
| Plaintiff, | |
| v. | [Proposed] Order Granting Plaintiff's *Ex Parte* Application For Subpoena Duces Tecum To Determine Location Where Defendant Russ Straub Can Be Served |
| SunUP America, LLC, *et al*. | |
| Defendants. | |

Before the Court is an application for subpoena duces tecum to determine location where defendant Justin Villalobos can be served.

Having considered the application and finding good cause,

- **It is ordered** the application is granted,
- **It is ordered** Clerk of the court shall issue proposed subpoenas per Plaintiff's request.
- **It is ordered** the deadline to effectuate service is extended 90 days to February 4, 2024

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Douglas L. Rayes
United States District Judge

1