# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9514806601113281148919

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was returned to the sender on October 14, 2023 at 10:16 am in EVERGREEN, CO 80439 because the address was vacant or the business was no longer operating at the location and no further information was available.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Alert**
**Vacant**
EVERGREEN, CO 80439
October 14, 2023, 10:16 am

**Redelivery Scheduled for Next Business Day**
EVERGREEN, CO 80439
October 14, 2023, 9:55 am

**Departed USPS Regional Facility**
DENVER CO DISTRIBUTION CENTER
October 13, 2023, 8:47 am

**Arrived at USPS Regional Facility**
DENVER CO DISTRIBUTION CENTER
October 12, 2023, 3:35 pm

**In Transit to Next Facility**
October 11, 2023

**Arrived at USPS Regional Origin Facility**

Feedback

PHOENIX AZ DISTRIBUTION CENTER ANNEX
October 10, 2023, 10:25 pm

**USPS expects item for mailing (SSK)**
GILBERT, AZ 85234
October 8, 2023

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                ⌄

**Return Receipt Electronic**                                           ⌃

✓ Confirmation

We regret there is no record of delivery for your item. This will be indicated in the letter provided.

Your confirmation will be sent to the following:

jason.crews@gmail.com

**USPS Tracking Plus®**                                                 ⌄

**Product Information**                                                 ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]