Owner Search

Home  /  **Owner**

| Last Name | First Name |
|---|---|
| straub | russ |

Showing 1 to 3 of 3 Properties

| Owner | PIN | AIN | TAG | Property Address | City | Postal Code | Property Class |
|---|---|---|---|---|---|---|---|
| STRAUB RUSSELL | 300090660 | 51-193-01-004 | 4491 | 33528 BLUEBELL CIR | EVERGREEN | 80439 | 1212 Single Family Residential |
| STRAUB RUSSELL A | 300039637 | 51-132-01-050 | 4491 | 26007 STANLEY PARK RD | EVERGREEN | 80439 | 1212 Single Family Residential |
| STRAUB RUSSELL A | 300088537 | 51-193-01-005 | 4491 | 33468 BLUEBELL CIR | EVERGREEN | 80439 | 1212 Single Family Residential |
| **Owner** | **PIN** | **AIN** | **TAG** | **Property Address** | **City** | **Postal Code** | **Property Class** |

Previous | 1 | Next

©2023 Assessor Property Records Search – Jefferson County, CO