Civil Action No.    **2:23-CV-02032-JZB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for    **Russ Straub**
was recieved by me on   **11/21/2023:**

☐    I personally served the summons on the individual at *(place)* on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒    I returned the summons unexecuted because **Moved** after attempting service at **33528 Bluebell Circle, Evergreen, CO 80439**; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 11/21/2023

*Server's signature*

**Jasmine Regalado**
*Printed name and title*

**16020 E Rice Pl
A
Aurora, CO 80015**

*Server's address*

Additional information regarding attempted service, etc:

**11/21/2023 3:03 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved. At the address I observed a package/mail addressed to another.**





Tracking #: **0118649639**