


Skip to content | About Secretary Griswold | Español

**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| **Name** | DigitalGreenMedia, LLC | | |
| **Status** | Good Standing | **Formation date** | 03/12/2009 |
| **ID number** | 20091149677 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | February | **Jurisdiction** | Delaware |
| **Principal office street address** | 32045 Castle Court, #202, Evergreen, CO 80439, United States | | |
| **Principal office mailing address** | 32045 Castle Court, #202, Evergreen, CO 80439, United States | | |

| Registered Agent | |
|---|---|
| **Name** | DigitalGreenMedia, LLC |
| **Street address** | 32045 Castle Court, #202, Evergreen, CO 80439, United States |
| **Mailing address** | 32045 Castle Court, #202, Evergreen, CO 80439, United States |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

[ Back ]

Terms & conditions | Accessibility statement | Browser compatibility