Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: cv23-02032-PHX-JZB |
|---|---|
| Plaintiff, | |
| v. | Request For Entry of Default Against DigitalGreenMedia, LLC |
| SunUP America, LLC, *et al*. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against DigitalGreenMedia, LLC. In support of his request, Crews states as follows:

- The summons for DigitalGreenMedia, LLC was issued October 5, 2023.

- Pursuant to Rule 12 (A)(1)(a) DigitalGreenMedia, LLC, had 21 days to serve their answer.

- Service was completed to DigitalGreenMedia, LLC on November 9, 2023, Exhibit 1.

- Proof of service was filed for DigitalGreenMedia, LLC on November 9, 2023, Doc.13 .

- No answer, motion or responsive pleading has been filed within the time limit fixed by the court.

1

- DigitalGreenMedia, LLC is a corporation, and it is neither an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that it is not currently in the military service of the United States.

Dated this December 11, 2023.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
DigitalGreenMedia, LLC's registered agent
DigitalGreenMedia, LLC
32045 Castle Court, Suite 202,
Evergreen, CO  80439

By:　　/s/*Jason Crews*

　　　Jason Crews