Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv23-02032-PHX-JZB |
| Plaintiff, | |
| v. | Declaration of Jason Crews |
| SunUP America, LLC, *et al*. | In Support of Entry Of Default |
| Defendants. | Against DigitalGreenMedia, LLC |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, DigitalGreenMedia, LLC ("DGM"), was served a copy of the summons and complaint November 9, 2023.

3. DGM was required to file an answer no later than December 1, 2023.

4. No answer has been received.

5. DGM is a corporation, and is neither an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that Beauvil is not currently in the military service of the United States.

1

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated this December 11, 2023.

                                                 /s/*Jason Crews*
                                                 Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
DigitalGreenMedia, LLC's registered agent
DigitalGreenMedia, LLC
32045 Castle Court, Suite 202,
Evergreen, CO  80439

By:         /s/*Jason Crews*
       Jason Crews