1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Jason Crews,

**NO. CV-23-02032-PHX-DLR**

10              Plaintiff,

**CLERK'S ENTRY OF DEFAULT**

11   v.

12   SunUp America LLC, et al.,

13              Defendants.

14

15          Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon

16   application by the Plaintiff, default is hereby entered against Defendant

17   DigitalGreenMedia LLC and .

18   DEFAULT ENTERED this 12th day of December, 2023.

19                                                  Debra D. Lucas
                                                    District Court Executive/Clerk of Court

20

21   December 12, 2023

22                                                  s/ D. Draper
                                         By         Deputy Clerk

23
24
25
26
27
28