IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-02032-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| SunUp America LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's *ex parte* application for subpoena duces tecum to determine location where defendant Russ Straub can be served (Doc. 15). Having considered the application and finding good cause,

**IT IS ORDERED** that Plaintiff's *ex parte* application is GRANTED. The Clerk of the Court shall issue Plaintiff's proposed subpoenas duces tecum.

**IT IS FURTHER ORDERED** the deadline to effectuate service as to Defendant Russ Straub is extended to February 4, 2024.

Dated this 12th day of December, 2023.

Douglas L. Rayes
United States District Judge