Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>                    Plaintiff,<br><br>v.<br><br>SunUP America, LLC, *et al*.<br><br>                    Defendants. | Case No.: cv23-02032-PHX-JZB<br><br>Memorandum in Support Plaintiff's Second *Ex Parte* Application for Subpoena Duces Tecum to Determine Location Where Defendant Russel Straub Can Be Served and Extension of Deadline to Effectuate Service |

 Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 45, GENERAL ORDER 18-19 ("Order") , and this Courts prior order approving early discovery (Doc. 18) Plaintiff Jason Crews ("Plaintiff") respectfully moves the court to instruct the Clerk of the Court to issue corrected proposed subpoena duces tecum to obtain evidence which he believes to be in the possession of third party Lumen Technologies and instruct the Clerk of the court to issue subpoenas duces tecum to obtain evidence which he believes to be in the possession of third parties;

///

MEMORANDUM - 1

In support thereof, Plaintiff states as follows:

On December 13, this Court granted Plaintiff's *ex parte* motion for early discovery to discover an address at which Defendant Russel Straub can be served, and its Clerk issued his proposed subpoena ("Subpoena") requesting the identifying information for the subscriber associated with the telephone number (303)679-6683 ("Number").  (Doc. 18).

On December 14, 2023, Plaintiff served Subpoena on respondent T-mobile USA, Inc (T-mobile).

On January 6, 2023, T-mobile responded stating "In regard to identifier(s) ending in 6683, The target telephone number is not associated with a T-Mobile, Sprint, or Metro by T-Mobile subscriber."

It is not uncommon for publicly available phone number searches to be out of date, and upon further research, plaintiff now believes that the Number is now associated with Lumen.  This motion is consistent with this Court's prior findings and for those reasons that Plaintiff respectfully requests the court approve his request, instruct its Clerk to issue Plaintiff's corrected subpoena as proposed, and extend the deadline to effectuate service by 90 days.

Dated this January 11, 2024.

/s/*Jason Crews*

Jason Crews

MEMORANDUM - 2