# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>SunUP America, LLC, *et al*.<br>    Defendants. | Case No. cv23-02032-PHX-JZB<br><br>[PROPOSED] Order Granting Plaintiff's *Ex Parte* Subpoena Duces Tecum to Determine Location Where Defendant Russel Straub Can Be Served and Extension of Deadline to Effectuate Service |

  Before the Court is an application for leave to correct and reissue previously approved subpoena.

Having considered the application and finding good cause,

- **It is ordered** the application is granted;
- **It is ordered** Clerk of the court shall issue proposed subpoenas per Plaintiff's request;
- **It is ordered** the deadline to effectuate service is extended by 90 days to _____.

**IT IS SO ORDERED**.

Dated: _____

                              _____
                              Hon. Dominic W. Lanza
                              United States District Judge