IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-02032-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| SunUp America LLC, et al., | |
| Defendants. | |

The Court having reviewed Plaintiff's Second *Ex Parte* Application for Subpoena Duces Tecum to Determine Location where Defendant Russel Straub can be Served and Extension of Deadline to Effectuate Service (Doc. 20), and good cause appearing;

**IT IS ORDERED** that Plaintiff's *ex parte* application is GRANTED. The Clerk of the Court shall issue Plaintiff's proposed subpoena (Doc. 20-3).

**IT IS FURTHER ORDERED** the deadline to effectuate service is extended by 90 days to **May 4, 2024**.

Dated this 19th day of January, 2024.

Douglas L. Rayes
United States District Judge