Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv23-02032-PHX-JZB |
| Plaintiff, | |
| v. | Plaintiff's Motion for Costs of Service |
| SunUP America, LLC et al. | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 4(d)(2) ("Rule"), Plaintiff respectfully moves the Court to impose on the defendants the expenses incurred in making service in the amount of $163.62.

On October 8, 2023 Plaintiff, via certified mail (Exhibit 1), Plaintiff sent Defendants the following to 32045 Castle Court, Suite 202, Evergreen, CO 80439, the address listed on the Colorado Secretary of State as Defendant DigitalGreenMedia, LLC's ("Digital") business address and that of their registered agent (Exhibit 2).

- two copies of Notice of Lawsuit and Request to Waive Service of a Summons addressed to Digital,
- two copies of Waiver of Service of Summons addressed Digital,
- a copy of the filed complaint,
- and a self addressed and stamped envelope.

1

After receiving no response from Defendants, Plaintiff enlisted the services of Shannon Miller for service.   Digital was successfully served as follows:

- served the summons on Shannon Miller, who is designated by law to accept service of process on behalf of DigitalGreenMedia, LLC at CORPORATION SERVICE COMPANY, 251 Little Falls Dr, Wilmington, DE 19808 on 11/09/2023 at 11:14 AM (Exhibit 3)

**Costs:**

Costs associated with waivers:  $18.62 including postage, envelopes, and printing of documents.

| Date | Type | Description | Cost | |
|---|---|---|---|---|
| 10/6/23 | Postage | waiver package - digital | $ | 8.62 |
| 10/6/23 | printing | waiver package - digital | $ | 9.50 |
| 10/6/23 | shipping | waiver package - digital | $ | 0.50 |
| 10/6/23 | shipping | return envelope | $ | 0.10 |

Costs associated with service:

| | | | | |
|---|---|---|---|---|
| 11/7/23 | Service | summons and complaint | $ | 145 |

As a result of Defendants failure to return the waiver Plaintiff requests from the Court award of $163.62.

///

Dated this January 21, 2024.

                                                  /s/*Jason Crews*

                                        Jason Crews
                                        164 W. Laurel Ct.
                                        Gilbert, AZ 85233
                                        602-295-1875
                                        Jason.crews@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

        /s/*Jason Crews*

Jason Crews