

November 9, 2023

Exhibit 1

Dear Jason Crews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9514 8066 0111 3281 1489 33**.

## Item Details

| | |
|---|---|
| **Status:** | We regret to inform you that we were unable to locate any delivery information in our records for your item. |
| **Status Date / Time:** | N/A |
| **Location:** | N/A |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004