Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: cv23-02032-PHX- DLR |
|---|---|
| Plaintiff, | |
| v. | Plaintiff's Thrid *Ex Parte* Application for |
| SunUP America, LLC, *et al*. | Subpoena Duces Tecum to Determine |
| Defendants. | Location Where Defendant Russel Straub Can Be Served |

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 45, GENERAL ORDER 18-19 ("Order"), and this Courts prior order approving early discovery (Doc. 18) Plaintiff Jason Crews ("Plaintiff") respectfully moves the court to instruct the Clerk of the Court to issue corrected proposed subpoena duces tecum to obtain evidence which he believes to be in the possession of third party Domains By Proxy.com, LLC ("DBP").

Plaintiff respectfully requests the following language for his subpoena:

1. Identifying information for the registrants associated with the domain cleanenergyauthority.com including name, address, telephone number, and e-mail for all contacts.

Plaintiff respectfully requests the Court approve his application and instruct the Clerk to issue the proposed subpoena attached.

Dated this January 28, 2024.

                                          /s/*Jason Crews*

                                          Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By:         /s/*Jason Crews*

      Jason Crews