Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv23-02032-PHX-DLR |
| Plaintiff, | |
| v. | Memorandum in Support Plaintiff's Thrid *Ex Parte* Application for Subpoena Duces Tecum to Determine Location Where Defendant Russel Straub Can Be Served |
| SunUP America, LLC, *et al.* | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 45, GENERAL ORDER 18-19 ("Order") , and this Courts prior order approving early discovery (Doc. 18) Plaintiff Jason Crews ("Plaintiff") respectfully moves the court to instruct the Clerk of the Court to issue proposed subpoena duces tecum to obtain evidence which he believes to be in the possession of third party Domains By Proxy.com LLC and instruct the Clerk of the court to issue subpoenas duces tecum to obtain evidence which he believes to be in the possession of third parties.

///

MEMORANDUM - 1

In support thereof, Plaintiff states as follows:

On December 13, this Court granted Plaintiff's *ex parte* motion for early discovery to discover an address at which Defendant Russel Straub can be served, and its Clerk issued his proposed subpoena ("Subpoena") requesting the identifying information for the registrant associated with the domain name digitalgreenmedia.com.  (Doc. 18).

On December 14, 2023, Plaintiff served Subpoena on respondent Godaddy.com, Inc. ("Godaddy").

On January 26, 2023, Godaddy responded *inter allia* "As such, should you wish to obtain registrant contact information, a new subpoena directed and served upon [Domains By Proxy.com, Inc.] is required."

This motion is consistent with this Court's prior findings and for those reasons that Plaintiff respectfully requests the court approve his request.

Dated this January 28, 2024.

                                            /s/*Jason Crews*

                                            Jason Crews

MEMORANDUM - 2