# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>SunUP America, LLC, *et al.*<br>    Defendants. | Case No. cv23-02032-PHX-DLR<br><br>[PROPOSED] Order Granting Plaintiff's *Ex Parte* Subpoena Duces Tecum to Determine Location Where Defendant Russel Straub Can Be Served |

  Before the Court is an application for leave to correct and reissue previously approved subpoena.

Having considered the application and finding good cause,

- **It is ordered** the application is granted;
- **It is ordered** Clerk of the court shall issue proposed subpoenas per Plaintiff's request;

**IT IS SO ORDERED**.

Dated: _____

                _____
                Hon. Douglas L. Rayes
                United States District Judge