# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-02032-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| SunUp America LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's third *ex parte* application for subpoena duces tecum to determine location where defendant Russ Straub can be served (Doc. 23). Having considered the application and finding good cause,

**IT IS ORDERED** that Plaintiff's *ex parte* application is GRANTED. The Clerk of the Court shall issue Plaintiff's proposed subpoenas duces tecum.

Dated this 1st day of February, 2024.

Douglas L. Rayes
United States District Judge